**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ROSA ILIANA RODRIGUEZ,

                    Plaintiff,                    22 **CIVIL** 10665 (GS)

        -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated March 29, 2024, Rodriguez's motion for judgment on the pleadings is GRANTED, the Commissioner's cross-motion for judgment on the pleadings is DENIED, and the case is remanded for further proceedings consistent with this opinion.

**Dated:** New York, New York
           March 29, 2024

                                                           **RUBY J. KRAJICK**
                                                               Clerk of Court

                                  BY:
                                                               **Deputy Clerk**